# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** National Treasury Employees Union

v.

Donald J.. Trump, et al.

**Case No:** 25-5157

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

National Treasury Employees Union

### Counsel Information

**Lead Counsel:** Julie M. Wilson

**Direct Phone:** (202) 572-5587  **Fax:** (202) 572-5645  **Email:** julie.wilson@nteu.org

**2nd Counsel:** Paras N. Shah

**Direct Phone:** (202) 572-5553  **Fax:** (202) 572-5645  **Email:** paras.shah@nteu.org

**3rd Counsel:** Allison C. Giles

**Direct Phone:** (202) 572-5509  **Fax:** (202) 572-5645  **Email:** allie.giles@nteu.org

**Firm Name:** National Treasury Employees Union

**Firm Address:** 800 K Street, N.W., Suite 1000, Washington, D.C. 20001

**Firm Phone:** (202) 572-5500  **Fax:** (202) 572-5645  **Email:** allie.giles@nteu.org

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)