

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW
Washington, DC 20530
(202) 532-4747

May 1, 2025

**Via CM/ECF**

Clifton Cislak, Clerk of Court
Office of the Clerk
U.S. Court of Appeals for the D.C. Circuit
333 Constitution Ave. NW
Washington, DC 20001

      RE:   *National Treasury Employees Union v. Trump*, No. 25-5157

Dear Mr. Cislak:

      On April 30, 2025, the federal government filed in this Court a motion for an emergency stay pending appeal. The government explained that it had filed a motion in district court seeking the same relief and that the government would notify the Court when the district court acted on that request. Stay Mot. 2 n.1. The government therefore notifies this Court that the district court issued a minute order earlier today denying the government's stay request. For all the reasons in our stay motion, the Court should grant an immediate administrative stay and a stay pending appeal.

                 Sincerely,

                 s/ *Joshua M. Salzman*
                 Joshua M. Salzman
                 U.S. Department of Justice
                 Appellate Staff, Civil Division

cc (via CM/ECF):  Counsel of Record