IN THE UNITED STATES CIRCUIT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION<br>800 K Street N.W., Suite 1000<br>Washington, D.C. 20001,<br>      *Plaintiff-Appellee*,<br>v.<br><br>DONALD J. TRUMP,<br>President of the United States<br>1600 Pennsylvania Avenue N.W.<br>Washington, D.C. 20500, *et al.*,<br>      *Defendants-Appellants*. | Case No. 1:25-cv-5157 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Circuit Rule 26.1, the undersigned counsel hereby certifies as follows:

1. The National Treasury Employees Union (NTEU) is an unincorporated, non-profit professional organization serving as the exclusive bargaining representative of approximately 160,000 employees of the federal government pursuant to 5 U.S.C. §§ 7101-7135.

  2. NTEU has no parent companies.

3. No publicly held company has any ownership interest in NTEU.

Respectfully submitted,

/s/ Allison C. Giles
ALLISON C. GILES
Assistant Counsel
NATIONAL TREASURY EMPLOYEES
UNION
800 K Street, N.W., Suite 1000
Washington, D.C. 20001
(202) 572-5500
allie.giles@nteu.org

May 5, 2025     Counsel for Plaintiff-Appellee