**[ORAL ARGUMENT NOT SCHEDULED]**

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants-Appellants. | No. 25-5157 |

**STATEMENT OF ISSUE TO BE RAISED**

The Federal Service Labor-Management Relations Statute

(FSLMRS), 5 U.S.C. §§ 7101-7135, governs labor relations between the

Executive Branch and its employees.  The statute provides:

> The President may issue an order excluding any agency or
> subdivision thereof from coverage under [the FSLMRS] if the
> President determines that—(A) the agency or subdivision
> has as a primary function intelligence, counterintelligence,
> investigative, or national security work, and (B) the
> provisions of this chapter cannot be applied to that agency or
> subdivision in a manner consistent with national security
> requirements and considerations.

5 U.S.C. § 7103(b)(1).

In March 2025, President Trump issued Executive Order No. 14,251, which makes the determination authorized under 5 U.S.C. § 7103(b)(1) and excludes certain agencies from coverage under the FSLMRS.  The issue presented in this appeal is whether the district court erred in granting a preliminary injunction that enjoins implementation of that executive order.

Respectfully submitted,

JOSHUA M. SALZMAN

 s/ *Joshua M. Koppel*
JOSHUA M. KOPPEL
 (202) 514-4820
Attorneys
Civil Division, Appellate Staff
U.S. Department of Justice
950 Pennsylvania Ave., N.W., Rm. 7212
Washington, D.C. 20530

May 2025