[NOT YET SCHEDULED FOR ORAL ARGUMENT]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants-Appellants. | No. 25-5157 |

**MOTION FOR WITHDRAWAL OF COUNSEL**

Joshua M. Salzman, an attorney with the United States Department of Justice, will shortly be leaving government service. We accordingly respectfully move the Court to remove him from the docket as counsel in this matter. The government will continue to be represented by the remaining counsel who have appeared.

Respectfully Submitted,

 *s/ Joshua M. Salzman*
JOSHUA M. SALZMAN
   *Attorney, Appellate Staff*
   *Civil Division, Room 7258*
   *U.S. Department of Justice*
   *950 Pennsylvania Avenue NW*
   *Washington, DC 20530*
   *(202) 532-4747*
   *Joshua.M.Salzman@usdoj.gov*

**CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing response complies with the type-volume requirements of Federal Rule of Appellate Procedure 27(d) because it is 49 words.

*/s/ Joshua M. Salzman*
Joshua M. Salzman
