# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

| | |
|---|---|
| **No. 25-5157** | **September Term, 2025** |
| | 1:25-cv-00935-PLF |
| | **Filed On:** October 1, 2025 |

National Treasury Employees Union,

      Appellee

    v.

Donald J. Trump, President of the United States, et al.,

      Appellants

_____

**No. 25-5184**

                                                   1:25-cv-01030-PLF

American Foreign Service Association,

      Appellee

    v.

Donald J. Trump, in his official capacity as President of the United States, et al.,

      Appellants

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5157**  **September Term, 2025**

_____

**No. 25-5303**

1:25-cv-01362-PLF

Federal Education Association, et al.,

    Appellees

    v.

Donald J. Trump, in his official capacity as
President of the United States, et al.,

    Appellants


    **BEFORE:**    Millett, Pillard, and Garcia, Circuit Judges

## O R D E R

    Upon consideration of the motion to hold case No. 25-5157 in abeyance, the opposition thereto, the reply, and the Rule 28(j) letter; and the motion to hold case No. 25-5184 in abeyance, the opposition thereto, the Rule 28(j) letter, and the notice withdrawing motion to hold case in abeyance, it is

    **ORDERED** that the motion to hold case No. 25-5157 in abeyance be denied.  It is

    **FURTHER ORDERED** that the motion to hold case No. 25-5184 in abeyance be deemed withdrawn.  It is

    **FURTHER ORDERED** that the following briefing schedule will apply in No. 25-5303:

    Appellants' Brief                                           October 20, 2025

    Appendix                                                      October 20, 2025

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-5157**                                    **September Term, 2025**

Appellees' Brief                                    November 5, 2025

Appellants' Reply Brief                          November 12, 2025

      The Clerk is directed to calendar Nos. 25-5157, 25-5184, and 25-5303 for oral argument on the same day and before the same panel in December 2025.  The parties will be informed later of the date of oral argument and the composition of the merits panel.

      Appellants should raise all issues and arguments in the opening brief.  The court ordinarily will not consider issues and arguments raised for the first time in the reply brief.

      To enhance the clarity of their briefs, the parties are urged to limit the use of abbreviations, including acronyms.  While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known.  See <u>D.C. Circuit Handbook of Practice and Internal Procedures</u> 43-44 (2025); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

      Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due.  Filing by mail may delay the processing of the brief.  Additionally, counsel are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail.  <u>See</u> Fed. R. App. P. 25(a).  All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover.  <u>See</u> D.C. Cir. Rule 28(a)(8).

**<u>Per Curiam</u>**

                                              **FOR THE COURT:**
                                              Clifton B. Cislak, Clerk

                        BY:    /s/
                                              Selena R. Gancasz
                                              Deputy Clerk