

**U.S. Department of Justice**

Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7212
Washington, DC 20530

Tel: 202-514-4820

VIA CM/ECF

October 16, 2025

Mr. Clifton Cislak
U.S. Court of Appeals for the
   District of Columbia Circuit
333 Constitution Avenue, NW
Washington, DC 20001

RE:   *National Treasury Employees Union v. Trump*, No. 25-5157 (D.C. Cir.); *American Foreign Service Association v. Trump*, No. 25-5184 (D.C. Cir.); *Federal Education Association v. Trump*, No. 25-5303 (D.C. Cir.) (argument not yet scheduled)

Dear Mr. Cislak:

     I am counsel for the government appellants in the above-referenced cases, and I will be presenting argument in the cases. I would like to alert the Court that I am unavailable to present oral argument on December 9 and 10, 2025, due to an oral argument in *Navarro v. United States Center for SafeSport*, No. 25-1150 (4th Cir.), which has been scheduled for December 10. I would greatly appreciate it if the Court could avoid scheduling oral argument for these cases on those dates.

     Thank you for your consideration.

Sincerely,

s/ Joshua M. Koppel

Joshua M. Koppel
Attorney, Appellate Staff

cc: counsel (via CM/ECF)