# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 25-5157                September Term, 2025

1:25-cv-00935-PLF

Filed On: October 20, 2025 [2141235]

National Treasury Employees Union,

        Appellee

    v.

Donald J. Trump, President of the United
States, et al.,

        Appellants

## O R D E R

Upon consideration of appellants' motion for a stay of briefing schedule in light of lapse of appropriations, it is

**ORDERED** that the motion be denied.

### Per Curiam

                                               **FOR THE COURT:**
                                               Clifton B. Cislak, Clerk

                              BY:     /s/
                                      Scott H. Atchue
                                      Deputy Clerk