ORAL ARGUMENT SCHEDULED FOR DECEMBER 15, 2025

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, | ) ) ) ) |
| Plaintiff-Appellee, | ) ) |
| v. | ) No. 25-5157 ) |
| DONALD J. TRUMP, et. al, | ) ) ) |
| Defendants-Appellants. | ) ) ) |

_____)

**NOTICE OF WITHDRAWAL OF JULIE M. WILSON
AS COUNSEL FOR PETITIONER NTEU**

Petitioner National Treasury Employees Union (NTEU) hereby notifies the Court of Julie M. Wilson's withdrawal as counsel for NTEU in this case. Paras N. Shah, Allison C. Giles, and Jessica Horne remain as counsel for NTEU.

Respectfully submitted,

PARAS N. SHAH
Deputy General Counsel

ALLISON C. GILES
Assistant Counsel

/s/ Jessica Horne
JESSICA HORNE
Assistant Counsel

NATIONAL TREASURY EMPLOYEES UNION
800 K Street, N.W.
Suite 1000
Washington, D.C. 20001
(202) 572-5500
paras.shah@nteu.org
allison.giles@nteu.org
jessica.horne@nteu.org

November 7, 2025   Counsel for Petitioner NTEU

## CERTIFICATE OF SERVICE

I certify that, on November 7, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit through the appellate CM/ECF system. I further certify that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

    /s/ Jessica Horne
    JESSICA HORNE
    Assistant Counsel

    NATIONAL TREASURY EMPLOYEES UNION
    800 K Street, N.W.
    Suite 1000
    Washington, D.C. 20001
    (202) 572-5500
    jessica.horne@nteu.org

November 7, 2025    Counsel for Petitioner NTEU