# Office of the Clerk
United States Court of Appeals
District of Columbia Circuit
Washington, D.C. 20001-2866

Legal Division (202) 216-7500
Melissa McKenney Ryan, Director November 24, 2025

Re: No. 25-5157, National Treasury Employees Union v. Trump
 No. 25-5184, American Foreign Service Ass'n v. Trump
 No. 25-5303, Federal Education Ass'n v. Trump

Dear Counsel:

To ensure an organized presentation of argument in these related cases, the court intends to treat the three cases together as a single case with multiple arguing counsel for the appellees, each receiving equal time for argument. We must receive from the parties, *no later than* December 3, 2025, any objections to this format and any alternative proposals for ensuring an efficient presentation that avoids unnecessary duplication of arguments in the three cases. The parties also should provide, no later than December 3, the names of counsel for appellants and appellees who will argue and the parties they represent.

Argument will be heard on December 15, 2025. If you have any questions, please call me at (202) 216-7500.

 Sincerely,


 Louis K. Fisher
 Deputy Director