

**U.S. Department of Justice**

Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7212
Washington, DC 20530

Tel: (202) 514-4820

November 26, 2025

VIA CM/ECF

Mr. Louis K. Fisher
Deputy Director, Legal Division
Office of the Clerk
U.S. Court of Appeals for the
   District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue N.W.
Washington, DC 20001

      Re:   *National Treasury Employees Union v. Trump*, No. 25-5157
              *American Foreign Service Association v. Trump*, No. 25-5184
              *Federal Education Association v. Trump*, No. 25-5303

Dear Mr. Fisher:

     Defendants-appellants submit this letter in response to your letter of November 24, 2025. Defendants do not object to the Court's proposed argument format—or the order of argument that plaintiffs-appellees proposed in a filing earlier today—provided that defendants are allotted an amount of time equal to the total time allotted to all three plaintiffs combined. Joshua Koppel will be presenting argument for all defendants.

                                      Sincerely,

                                      /s/ *Joshua M. Koppel*
                                      Joshua M. Koppel

cc:    All parties (via CM/ECF)