# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5157**  September Term, 2025

1:25-cv-00935-PLF

Filed On: December 15, 2025 [2150384]

National Treasury Employees Union,

    Appellee

  v.

Donald J. Trump, President of the United States, et al.,

    Appellants

    **BEFORE:**  Circuit Judges Rao and Garcia, and Senior Circuit Judge Ginsburg

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Monday, December 15, 2025 at 9:33 a.m. The cause was heard as case No. 1 of 1 and argued before the Court by:

| Parties | Counsel |
|---|---|
| Appellants Donald J. Trump, in his official capacity as President of the United States, et al. | Joshua Koppel (DOJ) |
| Appellee National Treasury Employees Union (No. 25-5157) | Paras N. Shah |
| Appellees Federal Education Association, et al. (No. 25-5303) | Jason Walta |
| Appellee American Foreign Service Association (No. 25-5184) | Richard J. Hirn |

 

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:  /s/
Anne A. Rothenberger
Deputy Clerk