# NTEU
## National Treasury Employees Union

April 23, 2026

**VIA CM/ECF**

Clifton Cislak
Clerk of Court
U.S. Court of Appeals for the District of Columbia Circuit
333 Constitution Ave. N.W.
Washington, D.C. 20001

> **Re:** ***National Treasury Employees Union v. Trump*,**
> **No. 25-5157 (oral argument held December 15, 2025)**

Dear Mr. Cislak:

Pursuant to Rule 28(j), Appellee NTEU writes to inform the Court of developments that amplify NTEU's irreparable harm. As NTEU previously informed the Court, the Office of Personnel Management (OPM) in February told agencies covered by Executive Order No. 14,251 to formally terminate their collective bargaining agreements (CBAs) with NTEU. Since then, nine agencies have issued letters purporting to terminate their CBAs with NTEU. *See* A1–A29. Approximately 50% of the workers that NTEU represented before the Executive Order come from these agencies.

When staying the district court's preliminary injunction, the Court reasoned that NTEU's alleged irreparable harm—its inability to perform its statutory function and the resulting loss of influence and membership—was "speculative because [the harms] would materialize only *after* an agency terminates a collective-bargaining agreement." *NTEU v. Trump*, No. 25-5157, 2025 U.S. App. LEXIS 11952, at *2 (D.C. Cir. May 16, 2025). Even under that flawed reasoning, those harms can no longer be considered speculative. After declaring their CBAs with NTEU void, agencies are, for example, shuttering union offices, cancelling all negotiations, and revising employees' personnel files to indicate that they are no longer bargaining-unit employees eligible to

800 K Street, NW, Suite 1000, Washington DC 20001-8022  |  (202) 572-5500  |  **NTEU.org**

unionize.[1] *See, e.g.*, A31–A35. The IRS—NTEU's oldest and largest bargaining unit—is scrubbing its internal regulations for all references to NTEU. A36–A41. And the EPA has cautioned NTEU members that they might violate an ethics statute that allows for criminal penalties if they perform union functions while *off the clock*. A42–A43.

These actions are causing NTEU's influence to plummet in its workplaces. And as Judge Friedman predicted, NTEU's membership continues to erode. Absent relief from the unlawful Executive Order, NTEU projects that it will lose tens of thousands of members—a substantial portion of its membership.

Sincerely,

*/s/ Paras N. Shah*

Paras N. Shah
General Counsel

cc: All counsel of record (via CM/ECF)

---

[1] As Judge Friedman explained, these CBAs were a dead letter long before these developments. NTEU Br., Doc., #2139711, at 61-65.

2