# Exhibit 1

UNITED STATES OF AMERICA
**FEDERAL LABOR RELATIONS AUTHORITY**
**WASHINGTON REGIONAL OFFICE**
1400 K Street, NW, Third Floor
Washington, DC 20424-0001
(771) 444-5780 FAX: (202) 482-6724

October 20, 2026

[redacted]
National Counsel
National Treasury Employees Union
800 K Street NW
Suite 1000
Washington, DC 20001

Re: Department of the Treasury, Department Offices, Washington, DC and National Treasury Employees Union, Chapter 297; Case No. WA-CA-25-0411

Dear [redacted]:

We have considered your charge that the Department of the Treasury, Department Offices, Washington, DC (the Agency) violated the Federal Service Labor-Management Relations Statute (Statute). I am dismissing the charge for the reasons discussed below.

On March 25 and August 28, 2025, President Trump issued Executive Orders 14251 and 14343 (EOs) titled *Exclusions and Further Exclusions from Labor Management Relations Program*, which amended Executive Order 12171, dated November 19, 1979 (as amended), and excluded a number of Federal agencies from the coverage of the Statute pursuant to section 7103(b)(1) of the Statute.

On September 28, 2026, the Washington Regional Office requested evidence from the Agency and Charging Party to show why the Region should not dismiss these matters) matter for lack of jurisdiction. You submitted evidence on October 13, 2026.

The Authority has historically dismissed cases involving agencies excluded from coverage of the Statute pursuant to section 7103(b) for lack of jurisdiction. *See, U.S. Marine Corps, Marine Air Ground Task Force Training Command, Twentynine Palms, CA*, 74 FLRA 541 (2026) (dismissal of arbitration award for lack of jurisdiction); *U.S. Attorney's Office, Houston, Texas*, 57 FLRA 750 (2002) (unfair labor practice charges); *Dep't of Navy,* 6 FLRA 498 (1981) (representation petition); *Dep't of Energy,* 2 FLRA 916 (1980) (negotiability appeal).

Here, this office provided all parties the opportunity to establish that this office has jurisdiction over the charges and that established Authority precedent does not apply to these matters. I have

reviewed the record and find that there is insufficient evidence to support a finding that the General Counsel has jurisdiction over the unfair labor practice charges. Accordingly, I am dismissing the charges for lack of jurisdiction.

You may appeal my decision to the General Counsel of the Federal Labor Relations Authority.

To be timely, you must file the appeal by November 23, 2026. You may file the appeal by e-mail, by facsimile, by mail, by delivery service, or by hand-delivery. To file an appeal by e-mail, send the appeal to: ogc.appeals@flra.gov. To file an appeal by facsimile, fax the appeal to: 202-482-6608. To file an appeal by mail, hand or delivery service, send the appeal to the Federal Labor Relations Authority, Office of the General Counsel (Attn: Appeals), 1400 K St., N.W., Third Floor, Washington, DC 20424-0001. You must send a copy of the appeal to the Washington Regional Office.

If you need more time to file your appeal, you may request an extension of time from the General Counsel's Office. To be timely, the General Counsel's Office must receive your request not later than November 18, 2026. You must also send a copy of the request to the Washington Regional Office. To learn more about the standards for an appeal, you can visit our web page at: www.flra.gov/ogc_appeals.

Sincerely,

Jessica S. Bartlett
Regional Director

cc: [redacted]
Representative
Office of Human Resources (OHR)
Departmental Offices (DO)
Department of the Treasury
1500 Pennsylvania Ave
Washington, DC 20220
Attn: OHR, 1801 L Street, 6th Floor

Cabrina S. Smith, Assistant General Counsel for Appeals
Federal Labor Relations Authority

UNITED STATES OF AMERICA
**FEDERAL LABOR RELATIONS AUTHORITY**
**WASHINGTON REGIONAL OFFICE**
1400 K Street, NW, Third Floor
Washington, DC 20424-0001
(771) 444-5780 FAX: (202) 482-6724

October 21, 2026

[redacted]
Assistant Counsel
National Treasury Employees Union
800 K Street NW, Suite 1000
Washington, DDC 20001

Re: Department of Energy, Headquarters and National Treasury Employees Union; Case No. WA-CA-25-0401

Dear [redacted]:

We have considered your charge that the Department of Energy (Agency) violated the Federal Service Labor-Management Relations Statute (Statute). I am dismissing the charge for the reasons discussed below.

On March 25 and August 28, 2025, President Trump issued Executive Orders 14251 and 14343 (EOs) titled *Exclusions and Further Exclusions from Labor Management Relations Program*, which amended Executive Order 12171, dated November 19, 1979 (as amended), and excluded a number of Federal agencies from the coverage of the Statute pursuant to section 7103(b)(1) of the Statute.

On September 29, 2026, the Washington Regional Office requested evidence from the Agency and Charging Party to show why the Region should not dismiss this matter for lack of jurisdiction. You submitted evidence on October 13, 2026.

The Authority has historically dismissed cases involving agencies excluded from coverage of the Statute pursuant to section 7103(b) for lack of jurisdiction. *See, U.S. Marine Corps, Marine Air Ground Task Force Training Command, Twentynine Palms, CA*, 74 FLRA 541 (2026) (dismissal of arbitration award for lack of jurisdiction); *U.S. Attorney's Office, Houston, Texas*, 57 FLRA 750 (2002) (unfair labor practice charges); *Dep't of Navy,* 6 FLRA 498 (1981) (representation petition); *Dep't of Energy,* 2 FLRA 916 (1980) (negotiability appeal).

Here, this office provided all parties the opportunity to establish that this office has jurisdiction over the charge and that established Authority precedent does not apply to these matters. I have reviewed the record and find that there is insufficient evidence to support a finding that the

General Counsel has jurisdiction over the unfair labor practice charge. Accordingly, I am dismissing the charge for lack of jurisdiction.

You may appeal my decision to the General Counsel of the Federal Labor Relations Authority.

To be timely, you must file the appeal by November 23, 2026. You may file the appeal by e-mail, by facsimile, by mail, by delivery service, or by hand-delivery. To file an appeal by e-mail, send the appeal to: ogc.appeals@flra.gov. To file an appeal by facsimile, fax the appeal to: 202-482-6608. To file an appeal by mail, hand or delivery service, send the appeal to the Federal Labor Relations Authority, Office of the General Counsel (Attn: Appeals), 1400 K St., N.W., Third Floor, Washington, DC 20424-0001. You must send a copy of the appeal to the Washington Regional Office.

If you need more time to file your appeal, you may request an extension of time from the General Counsel's Office. To be timely, the General Counsel's Office must receive your request not later than November 18, 2026. You must also send a copy of the request to the Washington Regional Office. To learn more about the standards for an appeal, you can visit our web page at: www.flra.gov/ogc_appeals.

Sincerely,

Jessica S. Bartlett
Regional Director

cc: [redacted]
Human Resources Specialist
Workforce Relations Division
Office of the Chief Human Capital Officer
Department of Energy
Washington, DC 20585
1000 Independence Avenue, SW
Washington, DC 20585

Cabrina S. Smith, Assistant General Counsel for Appeals
Federal Labor Relations Authority

UNITED STATES OF AMERICA
**FEDERAL LABOR RELATIONS AUTHORITY**
**WASHINGTON REGIONAL OFFICE**
1400 K Street, NW, Third Floor
Washington, DC 20424-0001
(771) 444-5780 FAX: (202) 482-6724

October 21, 2026

[redacted]
National Counsel
National Treasury Employees Union
800 K Street NW, Suite 1000
Washington, DDC 20001

Re: Department of Justice, Environment and Natural Resources Division and National Treasury Employees Union, Chapter 345; Case No. WA-CA-25-0413

Dear [redacted]:

We have considered your charge that the Department of Justice, Environment and Natural Resources Division (Agency) violated the Federal Service Labor-Management Relations Statute (Statute). I am dismissing the charge for the reasons discussed below.

On March 25 and August 28, 2025, President Trump issued Executive Orders 14251 and 14343 (EOs) titled *Exclusions and Further Exclusions from Labor Management Relations Program*, which amended Executive Order 12171, dated November 19, 1979 (as amended), and excluded a number of Federal agencies from the coverage of the Statute pursuant to section 7103(b)(1) of the Statute.

On September 29, 2026, the Washington Regional Office requested evidence from the Agency and Charging Party to show why the Region should not dismiss this matter for lack of jurisdiction. You submitted evidence on October 13, 2026.

The Authority has historically dismissed cases involving agencies excluded from coverage of the Statute pursuant to section 7103(b) for lack of jurisdiction. *See, U.S. Marine Corps, Marine Air Ground Task Force Training Command, Twentynine Palms, CA*, 74 FLRA 541 (2026) (dismissal of arbitration award for lack of jurisdiction); *U.S. Attorney's Office, Houston, Texas*, 57 FLRA 750 (2002) (unfair labor practice charges); *Dep't of Navy,* 6 FLRA 498 (1981) (representation petition); *Dep't of Energy,* 2 FLRA 916 (1980) (negotiability appeal).

Here, this office provided all parties the opportunity to establish that this office has jurisdiction over the charge and that established Authority precedent does not apply to these matters. I have reviewed the record and find that there is insufficient evidence to support a finding that the

General Counsel has jurisdiction over the unfair labor practice charge. Accordingly, I am dismissing the charge for lack of jurisdiction.

You may appeal my decision to the General Counsel of the Federal Labor Relations Authority.

To be timely, you must file the appeal by November 23, 2026. You may file the appeal by e-mail, by facsimile, by mail, by delivery service, or by hand-delivery. To file an appeal by e-mail, send the appeal to: ogc.appeals@flra.gov. To file an appeal by facsimile, fax the appeal to: 202-482-6608. To file an appeal by mail, hand or delivery service, send the appeal to the Federal Labor Relations Authority, Office of the General Counsel (Attn: Appeals), 1400 K St., N.W., Third Floor, Washington, DC 20424-0001. You must send a copy of the appeal to the Washington Regional Office.

If you need more time to file your appeal, you may request an extension of time from the General Counsel's Office. To be timely, the General Counsel's Office must receive your request not later than November 18, 2026. You must also send a copy of the request to the Washington Regional Office. To learn more about the standards for an appeal, you can visit our web page at: www.flra.gov/ogc_appeals.

Sincerely,



Jessica S. Bartlett
Regional Director

cc: [redacted]
Supervisory Human Resources Specialist
Department of Justice
P.O. Box 7611
Washington, DC 20044

Cabrina S. Smith, Assistant General Counsel for Appeals
Federal Labor Relations Authority

UNITED STATES OF AMERICA
**FEDERAL LABOR RELATIONS AUTHORITY**
**WASHINGTON REGIONAL OFFICE**
1400 K Street, NW, Third Floor
Washington, DC 20424-0001
(771) 444-5780 FAX: (202) 482-6724

October 22, 2026

[redacted]
National Negotiator
National Treasury Employees Union
800 K St NW
Suite 1000
Washington, DC 20001

Re: Environmental Protection Agency, Washington, DC and National Treasury Employees Union; Case No. WA-CA-25-0405

We have considered your charge that the Environmental Protection Agency, Washington, DC (the Agency) violated the Federal Service Labor-Management Relations Statute (Statute). I am dismissing the charge for the reasons discussed below.

On March 27 and August 28, 2025, President Trump issued Executive Orders 14251 and 14343 (EOs) titled *Exclusions and Further Exclusions from Labor Management Relations Program*, which amended Executive Order 12171, dated November 19, 1979 (as amended), and excluded a number of Federal agencies from the coverage of the Statute pursuant to section 7103(b)(1) of the Statute.

On September 28, 2026, the Washington Regional Office requested evidence from the Agency and Charging Party to show why the Region should not dismiss this matter for lack of jurisdiction. You submitted evidence on October 13, 2026.

The Authority has historically dismissed cases involving agencies excluded from coverage of the Statute pursuant to section 7103(b) for lack of jurisdiction. *See, U.S. Marine Corps, Marine Air Ground Task Force Training Command, Twentynine Palms, CA*, 74 FLRA 541 (2026) (dismissal of arbitration award for lack of jurisdiction); *U.S. Attorney's Office, Houston, Texas*, 57 FLRA 750 (2002) (unfair labor practice charges); *Dep't of Navy,* 6 FLRA 498 (1981) (representation petition); *Dep't of Energy,* 2 FLRA 916 (1980) (negotiability appeal).

Here, this office provided all parties the opportunity to establish that this office has jurisdiction over the charge and that established Authority precedent does not apply to these matters. I have reviewed the record and find that there is insufficient evidence to support a finding that the

General Counsel has jurisdiction over the unfair labor practice charge. Accordingly, I am dismissing the charge for lack of jurisdiction.

You may appeal my decision to the General Counsel of the Federal Labor Relations Authority.

To be timely, you must file the appeal by November 23, 2026. You may file the appeal by e-mail, by facsimile, by mail, by delivery service, or by hand-delivery. To file an appeal by e-mail, send the appeal to: ogc.appeals@flra.gov. To file an appeal by facsimile, fax the appeal to: 202-482- 6608. To file an appeal by mail, hand or delivery service, send the appeal to the Federal Labor Relations Authority, Office of the General Counsel (Attn: Appeals), 1400 K St., N.W., Third Floor, Washington, DC 20424-0001. You must send a copy of the appeal to the Washington Regional Office.

If you need more time to file your appeal, you may request an extension of time from the General Counsel's Office. To be timely, the General Counsel's Office must receive your request not later than November 18, 2026. You must also send a copy of the request to the Washington Regional Office. To learn more about the standards for an appeal, you can visit our web page at: www.flra.gov/ogc_appeals.

Sincerely,

Jessica S. Bartlett
Regional Director

cc: [redacted]
Labor and Employee Relations Branch
Workforce Integrity Division
Office of Finance and Administration
US Environmental Protection Agency
2605 Charleston Oaks Drive West
Mobile, AL 33695

Cabrina S. Smith, Assistant General Counsel for Appeals
Federal Labor Relations Authority