# Exhibit 2

FLRA.gov
U.S. FEDERAL LABOR RELATIONS AUTHORITY

# Charge Against an Agency

## eFiling No. eOGC022873

Revision: REV-11-18-2018
Filed: 09/26/2025 09:17 AM EDT

## Filing Party

**Filing Representative Email Address**
[redacted]

**First Name**
[redacted]

**Last Name**
[redacted]

**Street Address**
800 K Street, NW

**Street Address 2**
Suite 1000

**City**
Washington

**State**
DC

**ZIP Code**
20001

**Title**
National Counsel

**Organization**
National Treasury Employees Union

**Phone**
(202) 572-5576

## Agency Against Which Charge is Brought

**Search or write-in Charged Party information?**
Write-in

**Name of Charged Agency**
Department of Treasury

**Activity Name of Charged Agency**
Department Offices

**City of Charged Agency**
Washington

**State of Charged Agency**
DC

## Agency Representative Information

**Email Address**

[redacted]

| First Name | Last Name | Title |
|---|---|---|
| [redacted] | [redacted] | Associate Chief Human Capital Officer |

**Street Address**
1500 Pennsylvania Ave., NW

**Street Address 2**
Empty

| City | State | ZIP Code |
|---|---|---|
| Washington | DC | 20220 |

**Phone**
202-622-7049

**Fax**
Empty

## Charging Party Information

**Search or write-in Charging Party information?**
Write-in

**Name of Charging Party Organization or Individual**
National Treasury Employees Union

**Party Type of Charging Party Organization or Individual**
Union

**Local Name of Charging Party Organization or Individual**
Chapter 297

**City of Charging Party Organization or Individual**
Washington

**State of Charging Party Organization or Individual**
DC

## Charging Party Representative Information

**Email Address**

[redacted]

| First Name | Last Name | Title |
|---|---|---|
| [redacted] | [redacted] | National Counsel |

**Street Address**
800 K Street, NW

**Street Address 2**
Suite 1000

| City | State | ZIP Code |
|---|---|---|
| Washington | DC | 20001 |

**Phone**
(202) 572-5576

**Fax**
(202) 572-5640

## Basis of the Charge

**OGC Regional Office**

OGC-WA - Washington Regional Office

**Set forth a clear and concise statement of the facts constituting the alleged unfair labor practice, including date and location of the particular acts:**

On March 27, 2025, the President issued Executive Order No. 14,251, Exclusions from Federal Labor-Management Relations Programs, 90 Fed. Reg. 14553 (Apr. 3, 2025) (EO 14,251), which purports to strip the collective bargaining rights granted by the Federal Service Labor-Management Relations Statute from thousands of federal employees, including those at the Department of Treasury, Departmental Offices ("Treasury D.O."). On the same day, the Office of Personnel Management (OPM) issued guidance explaining that the excluded agencies "are no longer subject to the collective-bargaining requirements of [chapter 71]" and that the unions representing bargaining-unit employees at those agencies have "los[t] their status" as the exclusive representative for those employees. Guidance on Executive Order Exclusions from Federal Labor Management Programs (Mar. 27, 2025).

As a direct result, citing to the unlawful EO 14,251 and OPM guidance, Treasury D.O. has repudiated the 2009 Agreement between Departmental Offices and the National Treasury Employees Union ("2009 CBA"). This includes repudiating, among other articles, Article 4 (Union Rights and Responsibilities), Article 29 (Grievance Procedure), Article 30 (Arbitration), Article 31 (Union Representatives And Official Time), Article 35 (Bargaining), and Article 36 (Dues Withholding). These violations are of a continuing nature.

Around May 28, 2025, Treasury D.O. informed NTEU that it would not respond to grievances. Subsequently, on August 7, 2025, Treasury D.O. refused to participate in the parties' negotiated grievance and arbitration process, asserting that, "the Departmental Offices is no longer subject to the provisions of the Federal Service Labor-Management Relations Statute" and "NTEU Chapter 297 no longer has standing to file a grievance or ULP charge against the Departmental Offices (DO), including pursuit of a grievance to arbitration."

On September 11, 2025, the Departmental Offices refused to follow the parties' negotiated process for arbitrator selection, asserting that "NTEU Chapter 297 does not have standing to initiate a grievance, it cannot pursue the grievance to arbitration under 5 USC § 7121" and that "the Departmental Offices does not intend to participate in the selection of an arbiter - who similarly lacks the authority to hear/decide the grievance."

Since the promulgation of EO 14,251, Treasury D.O. has disregarded its obligations under the 2009 CBA and the Federal Service Labor-Management Relations Statute by, among other actions:

- terminating the dues allotments made by employees via payroll deduction in violation of the Statute and Article 36 (Dues Withholding),
- failing to permit stewards to attend formal discussions and investigatory meetings in violation of the Statute and Article 4 (Union Rights and Responsibilities),
- failing to adhere to mid-term bargaining requirements in violation of the Statute and Article 35 (Bargaining),
- failing to process grievances in violation of Article 29 (Grievance Procedure),
- failing to cooperate in good faith to schedule and hold arbitration hearings in violation of Article 30 (Arbitration), and

• failing to authorize official time for union representatives in violation of Article 31 (Union Representatives And Official Time).

Treasury D.O.'s breaches of the parties' 2009 CBA and cessation of collective bargaining with NTEU amount to unfair labor practices and constitute a repudiation of the agreement in violation of 5 U.S.C. § 7116(a)(1), (5) and (8).

Note: NTEU is filing this unfair labor practice grievance protectively. NTEU believes, consistent with NTEU v. Trump, 780 F. Supp. 3d 237 (D.D.C. 2025), that Treasury D.O.'s implementation of Executive Order No. 14,251, Exclusions from the Federal Labor-Management Relations Program, should be resolved in NTEU's federal court litigation challenging that Executive Order. NTEU is nonetheless filing this ULP to protect its interests in the event that a federal court comes to a contrary conclusion. And for preservation of legal claims against the Executive Order, in the unlikely event that federal district court is deemed the incorrect forum, NTEU adopts by reference the legal claims that it has brought against the Order in NTEU v. Trump, No. 25-cv-935 (D.D.C.). Namely, NTEU adopts by reference its claims that the President's exclusions of Treasury D.O. and other NTEU-represented agencies in the Order exceed his statutory authority and are ultra vires and that those exclusions also constitute First Amendment retaliation for NTEU's protected speech against the Administration's policies.

## Attachments

Please attach any available supporting documents.

**Identify which one or more of the following subsections of 5 U.S.C. § 7116(a) has or have allegedly been violated. Please note that a violation of (2) through (8) is an automatic violation of (1). For the purpose of this chapter, it shall be an unfair labor practice for an agency:**

- ☑ (1) to interfere with, restrain, or coerce any employee in the exercise by the employee of any right under this chapter;
- ☑ (5) to refuse to consult or negotiate in good faith with a labor organization as required by this chapter;
- ☑ (8) to otherwise fail or refuse to comply with any provision of this chapter.

**Have you or anyone else raised this matter in any other procedure?**

Yes

> **If yes, where?**
> ☑ Other Administrative or Judicial Proceeding
> ☑ Other Administrative or Judicial Proceeding

## Declaration

---

☑ **I declare that I have read this charge and that the statements in it are true to the best of my knowledge and belief. I understand that making willfully false statements can be punished by fine and imprisonment, 18 U.S.C. 1001.**

**Your Name (this will act as your signature)** [redacted]

**Date (MM/DD/YYYY)** 09/26/2025

You are required to serve your charge on the Charged Party in accordance with 5 C.F.R. § 2423.6(d). **The filing of a document using the FLRA's eFiling System does *not* constitute service of the document on any party. The filing party must independently accomplish service by one of the following methods.**

This charge was served on the Charged Party Representative identified above by the following method(s):

**Serving Method(s)**

- ☑ Email (but only when the receiving party has agreed to service by email under 5 C.F.R. § 2423.6(d))
- ☑ Email (but only when the receiving party has agreed to service by email under 5 C.F.R. § 2423.6(d))

REV-11-18-2018
Filed: 09/26/2025 09:17 AM EDT

FLRA.gov
U.S. FEDERAL LABOR RELATIONS AUTHORITY

# Charge Against an Agency

## eFiling No. eOGC022854

Revision: REV-11-18-2018
Filed: 09/25/2025 12:54 PM EDT

## Filing Party

**Filing Representative Email Address**
[redacted]

**First Name**
[redacted]

**Last Name**
[redacted]

**Street Address**
800 K Street NW

**Street Address 2**
Suite 1000

**City**
Washington

**State**
DC

**ZIP Code**
20001

**Title**
Assistant Counsel

**Organization**
NTEU

**Phone**
6313754540

## Agency Against Which Charge is Brought

**Search or write-in Charged Party information?**
Write-in

**Name of Charged Agency**
Department of Energry

**Activity Name of Charged Agency**
HQ

**City of Charged Agency**
Washington

**State of Charged Agency**
DC

## Agency Representative Information

**Email Address**
[redacted]

| First Name | Last Name | Title |
|---|---|---|
| [redacted] | [redacted] | Director of Labor Relations Division |

**Street Address**
1000 Independence Avenue SW

**Street Address 2**
Empty

| City | State | ZIP Code |
|---|---|---|
| Washington | DC | 20585 |

**Phone**
2402558374

**Fax**
Empty

## Charging Party Information

**Search or write-in Charging Party information?**
Write-in

**Name of Charging Party Organization or Individual**
National Treasury Employees Union

**Party Type of Charging Party Organization or Individual**
Union

**Local Name of Charging Party Organization or Individual**
Empty

**City of Charging Party Organization or Individual**
Washington

**State of Charging Party Organization or Individual**
DC

## Charging Party Representative Information

**Email Address**
[redacted]

| First Name | Last Name | Title |
|---|---|---|
| [redacted] | [redacted] | Assistant Counsel |

**Street Address**
800 K Street NW

**Street Address 2**
Suite 1000

| City | State | ZIP Code |
|---|---|---|
| Washington | DC | 20001 |

**Phone**
6313754540

**Fax**
Empty

# Basis of the Charge

**OGC Regional Office**

OGC-WA - Washington Regional Office

**Set forth a clear and concise statement of the facts constituting the alleged unfair labor practice, including date and location of the particular acts:**

On March 27, 2025, the President issued Executive Order No. 14,251, Exclusions from Federal Labor-Management Relations Programs, 90 Fed. Reg. 14553 (Apr. 3, 2025) (EO 14,251), which purports to strip the collective bargaining rights granted by the Federal Service Labor-Management Relations Statute from thousands of federal employees, including those at the Department of Energy (DOE). On the same day, the Office of Personnel Management (OPM) issued guidance explaining that the excluded agencies “are no longer subject to the collective-bargaining requirements of [chapter 71]” and that the unions representing bargaining-unit employees at those agencies have “los[t] their status” as the exclusive representative for those employees. Guidance on Executive Order Exclusions from Federal Labor Management Programs (Mar. 27, 2025).

As a direct result, citing to the unlawful EO 14,251 and OPM guidance, the DOE has repudiated the 2021 Collective Bargaining Agreement (“2021 CBA”). This includes repudiating, among other articles, Article 5- NTEU Rights, Article 6- NTEU Representatives, Article 7- Union Official Time, Article 8- NTEU Use of Space and Equipment, Article 11 – Grievances, Article 12- Arbitration, and Article 13- Mid-contract Negotiations. These violations are of a continuing nature.

On May 1, 2025, the DOE explicitly stated it was unilaterally suspending the processing of all matters covered by the 2021 CBA as a result of EO 14,251 stating “[i]n each instance between the issuance of EO 14,251 on March 27 and the preliminary injunction on April 25, you state the DOE failed to hold or canceled various meetings and refused to follow the Statute or CBA. In actuality, DOE acknowledged NTEU’s requests/grievances and advised EO 14,251 (Exclusions) was being evaluated and therefore, processing of these matters was suspended at the time.”

On April 23, 2025, May 27, 2025, and June 13, 2025, the DOE refused to process any grievances stating that the processing of grievances are held in abeyance pending litigation on EO 14,251.

Since the promulgation of EO 14,251, the DOE has disregarded its obligations under the 2021 CBA and the Federal Service Labor-Management Relations Statute by, among other actions:

• failing to permit stewards to attend formal discussions and investigatory interviews/meetings in violation of the Statute and Article 5 (NTEU Rights),
• failing to adhere to mid-term bargaining requirements in violation of the Statute and Article 13 (Mid-Term Bargaining),
• failing to process grievances in violation of Articles 11 (Grievance),
• failing to cooperate in good faith to schedule and hold arbitration hearings in violation of Article 12 (Arbitration), and
• failing to authorize and reimburse Chapter stewards for the cost of travel for meetings in violation of Articles 6 (NTEU Representatives) and 7 (Union Official Time).

DOE's breaches of the parties' 2021 CBA and cessation of collective bargaining with NTEU amount to unfair labor practices and constitute a repudiation of the agreement in violation of 5 U.S.C. § 7116(a)(1), (5) and (8).

Note: NTEU is filing this unfair labor practice grievance protectively. NTEU believes, consistent with NTEU v. Trump, 780 F. Supp. 3d 237 (D.D.C. 2025), that DOE's implementation of Executive Order No. 14,251, Exclusions from the Federal Labor-Management Relations Program, should be resolved in NTEU's federal court litigation challenging that Executive Order. NTEU is nonetheless filing this ULP to protect its interests in the event that a federal court comes to a contrary conclusion. And for preservation of legal claims against the Executive Order, in the unlikely event that federal district court is deemed the incorrect forum, NTEU adopts by reference the legal claims that it has brought against the Order in NTEU v. Trump, No. 25-cv-935 (D.D.C.). Namely, NTEU adopts by reference its claims that the President's exclusions of IRS and other NTEU-represented agencies in the Order exceed his statutory authority and are ultra vires and that those exclusions also constitute First Amendment retaliation for NTEU's protected speech against the Administration's policies.

## Attachments

Please attach any available supporting documents.

**Identify which one or more of the following subsections of 5 U.S.C. § 7116(a) has or have allegedly been violated. Please note that a violation of (2) through (8) is an automatic violation of (1). For the purpose of this chapter, it shall be an unfair labor practice for an agency:**

- [x] (1) to interfere with, restrain, or coerce any employee in the exercise by the employee of any right under this chapter;
- [x] (5) to refuse to consult or negotiate in good faith with a labor organization as required by this chapter;
- [x] (8) to otherwise fail or refuse to comply with any provision of this chapter.

**Have you or anyone else raised this matter in any other procedure?**

Yes

> **If yes, where?**
> - [x] Other Administrative or Judicial Proceeding
> - [x] Other Administrative or Judicial Proceeding

## Declaration

☑ **I declare that I have read this charge and that the statements in it are true to the best of my knowledge and belief. I understand that making willfully false statements can be punished by fine and imprisonment, 18 U.S.C. 1001.**

| **Your Name (this will act as your signature)** | **Date (MM/DD/YYYY)** |
|---|---|
| [redacted] | 09/25/2025 |

You are required to serve your charge on the Charged Party in accordance with 5 C.F.R. § 2423.6(d). **The filing of a document using the FLRA's eFiling System does *not* constitute service of the document on any party. The filing party must independently accomplish service by one of the following methods.**

This charge was served on the Charged Party Representative identified above by the following method(s):

**Serving Method(s)**

- ☑ First-class mail
- ☑ First-class mail

REV-11-18-2018
Filed: 09/25/2025 12:54 PM EDT

FLRA.gov
U.S. FEDERAL LABOR RELATIONS AUTHORITY

# Charge Against an Agency

## eFiling No. eOGC022875

Revision: REV-11-18-2018
Filed: 09/26/2025 09:45 AM EDT

## Filing Party

**Filing Representative Email Address**
[redacted]

**First Name**
[redacted]

**Last Name**
[redacted]

**Street Address**
800 K Street, NW

**Street Address 2**
Suite 1000

**City**
Washington

**State**
DC

**ZIP Code**
20001

**Title**
National Counsel

**Organization**
National Treasury Employees Union

**Phone**
(202) 572-5576

## Agency Against Which Charge is Brought

**Search or write-in Charged Party information?**
Write-in

**Name of Charged Agency**
Department of Justice

**Activity Name of Charged Agency**
Environment and Natural Resources Division (ENRD)

**City of Charged Agency**
Washington

**State of Charged Agency**
DC

## Agency Representative Information

**Email Address**
[redacted]

**First Name**
[redacted]

**Last Name**
[redacted]

**Title**
Supervisory HR Specialist

**Street Address**
P.O. Box 7611

**Street Address 2**
Ben Franklin Station

**City**
Washington

**State**
DC

**ZIP Code**
20044-7611

**Phone**
202-532-3191

**Fax**
Empty

## Charging Party Information

**Search or write-in Charging Party information?**
Write-in

**Name of Charging Party Organization or Individual**
National Treasury Employees Union

**Party Type of Charging Party Organization or Individual**
Union

**Local Name of Charging Party Organization or Individual**
Chapter 345

**City of Charging Party Organization or Individual**
Washington

**State of Charging Party Organization or Individual**
DC

## Charging Party Representative Information

**Email Address**
[redacted]

**First Name**
[redacted]

**Last Name**
[redacted]

**Title**
National Counsel

**Street Address**
800 K Street, NW

**Street Address 2**
Suite 1000

**City**
Washington

**State**
DC

**ZIP Code**
20001

**Phone**
(202) 572-5576

**Fax**
(202) 572-5640

## Basis of the Charge

**OGC Regional Office**

OGC-WA - Washington Regional Office

**Set forth a clear and concise statement of the facts constituting the alleged unfair labor practice, including date and location of the particular acts:**

On March 27, 2025, the President issued Executive Order No. 14,251, Exclusions from Federal Labor-Management Relations Programs, 90 Fed. Reg. 14553 (Apr. 3, 2025) (EO 14,251), which purports to strip the collective bargaining rights granted by the Federal Service Labor-Management Relations Statute from thousands of federal employees, including those at the Department of Justice, Environment and Natural Resources Division ("DOJ ENRD"). On the same day, the Office of Personnel Management (OPM) issued guidance explaining that the excluded agencies "are no longer subject to the collective-bargaining requirements of [chapter 71]" and that the unions representing bargaining-unit employees at those agencies have "los[t] their status" as the exclusive representative for those employees. Guidance on Executive Order Exclusions from Federal Labor Management Programs (Mar. 27, 2025).

Since the promulgation of EO 14,251, DOJ ENRD has disregarded its obligations under the Federal Service Labor-Management Relations Statute by, among other actions:

• Failing to process dues withholding under 5 U.S.C. § 7115.
• Failing to meet and confer with NTEU to initiate bargaining over a new collective bargaining agreement.
• Failing to permit NTEU representatives the use of official time under 5 U.S.C. § 7131.
• Failing to provide notice of changes of conditions of employment to NTEU and bargain over those changes.
• Failing to permit NTEU to be present for formal discussions between management and employees under 5 U.S.C. § 7114(a)(2).

Note: NTEU is filing this unfair labor practice grievance protectively. NTEU believes, consistent with NTEU v. Trump, 780 F. Supp. 3d 237 (D.D.C. 2025), that the Department of Justice, Environment and Natural Resources Division's implementation of Executive Order No. 14,251, Exclusions from the Federal Labor-Management Relations Program, should be resolved in NTEU's federal court litigation challenging that Executive Order. NTEU is nonetheless filing this ULP to protect its interests in the event that a federal court comes to a contrary conclusion. And for preservation of legal claims against the Executive Order, in the unlikely event that federal district court is deemed the incorrect forum, NTEU adopts by reference the legal claims that it has brought against the Order in NTEU v. Trump, No. 25-cv-935 (D.D.C.). Namely, NTEU adopts by reference its claims that the President's exclusions of DOJ ENRD and other NTEU-represented agencies in the Order exceed his statutory authority and are ultra vires and that those exclusions also constitute First Amendment retaliation for NTEU's protected speech against the Administration's policies.

## Attachments

Please attach any available supporting documents.

**Identify which one or more of the following subsections of 5 U.S.C. § 7116(a) has or have allegedly been violated. Please note that a violation of (2) through (8) is an automatic violation of (1). For the purpose of this chapter, it shall be an unfair labor practice for an agency:**

☑ (1) to interfere with, restrain, or coerce any employee in the exercise by the employee of any right under this chapter;

☑ (5) to refuse to consult or negotiate in good faith with a labor organization as required by this chapter;

☑ (8) to otherwise fail or refuse to comply with any provision of this chapter.

**Have you or anyone else raised this matter in any other procedure?**

Yes

> **If yes, where?**
>
> ☑ Other Administrative or Judicial Proceeding
>
> ☑ Other Administrative or Judicial Proceeding

## Declaration

---

☑ **I declare that I have read this charge and that the statements in it are true to the best of my knowledge and belief. I understand that making willfully false statements can be punished by fine and imprisonment, 18 U.S.C. 1001.**

| **Your Name (this will act as your signature)** | **Date (MM/DD/YYYY)** |
|---|---|
| [redacted] | 09/26/2025 |

You are required to serve your charge on the Charged Party in accordance with 5 C.F.R. § 2423.6(d). **The filing of a document using the FLRA's eFiling System does *not* constitute service of the document on any party. The filing party must independently accomplish service by one of the following methods.**

This charge was served on the Charged Party Representative identified above by the following method(s):

**Serving Method(s)**

☑ First-class mail

☑ First-class mail

REV-11-18-2018

FLRA.gov
U.S. FEDERAL LABOR RELATIONS AUTHORITY

# Charge Against an Agency

## eFiling No. eOGC022856

Case No. WA-CA-25-0405
Date Filed: 9/25/2025

Revision: REV-11-18-2018

Filed: 09/25/2025 04:19 PM

## Filing Party

**Filing Representative Email Address**

[redacted]

**First Name**

[redacted]

**Last Name**

[redacted]

**Street Address**

800 K. St. NW

**Street Address 2**

Suite 1000

**City**

Washington

**State**

DC

**ZIP Code**

20001

**Title**

National Negotiator

**Organization**

National Treasury Employees Union

**Phone**

2158371877

## Agency Against Which Charge is Brought

**Search or write-in Charged Party information?**

Write-in

**Name of Charged Agency**

Environmental Protection Agency (EPA)

**Activity Name of Charged Agency**

Empty

**City of Charged Agency**

Washington

**State of Charged Agency**

DC

## Agency Representative Information

**Email Address**

[redacted]

| First Name | Last Name | Title |
|---|---|---|
| [redacted] | [redacted] | Senior Labor Advisor |

**Street Address**
1200 Pennsylvania Ave, N.W.

**Street Address 2**
Empty

| City | State | ZIP Code |
|---|---|---|
| Washington | DC | 20460 |

**Phone**
202-326-4965

**Fax**
Empty

## Charging Party Information

**Search or write-in Charging Party information?**
Write-in

**Name of Charging Party Organization or Individual**
National Treasury Employees Union (NTEU)

**Party Type of Charging Party Organization or Individual**
Union

**Local Name of Charging Party Organization or Individual**
Empty

**City of Charging Party Organization or Individual**
Washington

**State of Charging Party Organization or Individual**
DC

## Charging Party Representative Information

**Email Address**

[redacted]

| First Name | Last Name | Title |
|---|---|---|
| [redacted] | [redacted] | National Negotiator |

**Street Address**
800 K. St. NW

**Street Address 2**
Suite 1000

| City | State | ZIP Code |
|---|---|---|
| Washington | DC | 20001 |

**Phone**
2158371877

**Fax**
Empty

## Basis of the Charge

**OGC Regional Office**

OGC-WA - Washington Regional Office

**Set forth a clear and concise statement of the facts constituting the alleged unfair labor practice, including date and location of the particular acts:**

On March 27, 2025, the President issued Executive Order No. 14,251, Exclusions from Federal Labor-Management Relations Programs, 90 Fed. Reg. 14553 (Apr. 3, 2025) (EO 14,251), which purports to strip the collective bargaining rights granted by the Federal Service Labor-Management Relations Statute from thousands of federal employees, including those at the Environmental Protection Agency (EPA). On the same day, the Office of Personnel Management (OPM) issued guidance explaining that the excluded agencies "are no longer subject to the collective-bargaining requirements of [chapter 71]" and that the unions representing bargaining-unit employees at those agencies have "los[t] their status" as the exclusive representative for those employees. Guidance on Executive Order Exclusions from Federal Labor Management Programs (Mar. 27, 2025).

As a direct result, citing to the unlawful EO 14,251, the EPA has repudiated the 2024 Collective Bargaining Agreement between the National Treasury Employees Union (NTEU) and EPA by ceasing to deduct and remit union dues under Article 27 of the parties' Collective Bargaining Agreement. On April 10, 2025 EPA informed NTEU that pursuant to EO 14, 251 union dues would no longer be deducted, starting in pay period 25-08. Following a brief restoration of the dues deduction process in early May 2025, on May 22, 2025, EPA informed NTEU that dues deductions would, again, cease being processed. The agency continues to not deduct and remit union dues. These violations by the EPA are of a continuing nature.

NTEU is filing this unfair labor practice protectively. NTEU believes, consistent with NTEU v. Trump, 780 F. Supp. 3d 237 (D.D.C. 2025), that EPA's implementation of Executive Order No. 14,251, Exclusions from the Federal Labor-Management Relations Program, should be resolved in NTEU's federal court litigation challenging that Executive Order. NTEU is nonetheless filing this ULP to protect its interests in the event that a federal court comes to a contrary conclusion. And for preservation of legal claims against the Executive Order, in the unlikely event that federal district court is deemed the incorrect forum, NTEU adopts by reference the legal claims that it has brought against the Order in NTEU v. Trump, No. 25-cv-935 (D.D.C.). Namely, NTEU adopts by reference its claims that the President's exclusions of EPA and other NTEU-represented agencies in the Order exceed his statutory authority and are ultra vires and that those exclusions also constitute First Amendment retaliation for NTEU's protected speech against the Administration's policies.

## Attachments

Please attach any available supporting documents.

> **Description**
>
> 4.10.25 Notice of Cessation of Dues

**Attachment**

4.10.25 Notification of Cessation of Dues.pdf

**Description**
5.5.25 Notice Regarding Resumption of Dues
**Attachment**

5.5.25 Notice of Regarding Resumption of Dues.pdf

**Description**
5.22.25 Notice Regarding Cessation of Dues
**Attachment**

5.22.25 Notification of Cessation of Dues.pdf

**Identify which one or more of the following subsections of 5 U.S.C. § 7116(a) has or have allegedly been violated. Please note that a violation of (2) through (8) is an automatic violation of (1). For the purpose of this chapter, it shall be an unfair labor practice for an agency:**

☐

☑ (5) to refuse to consult or negotiate in good faith with a labor organization as required by this chapter;
☑ (8) to otherwise fail or refuse to comply with any provision of this chapter.

**Have you or anyone else raised this matter in any other procedure?**
Yes

**If yes, where?**
☑ Other Administrative or Judicial Proceeding
☑ Other Administrative or Judicial Proceeding
☑ Other Administrative or Judicial Proceeding
☑ Other Administrative or Judicial Proceeding
☑ Other Administrative or Judicial Proceeding
☑ Other Administrative or Judicial Proceeding
☑ Other Administrative or Judicial Proceeding
☑ Other Administrative or Judicial Proceeding
☑ Other Administrative or Judicial Proceeding
☑ Other Administrative or Judicial Proceeding

## Declaration

☑ **I declare that I have read this charge and that the statements in it are true to the best of my knowledge and belief. I understand that making willfully false statements can be punished by fine and imprisonment, 18 U.S.C. 1001.**

**Your Name (this will act as your signature)**
[redacted]

**Date (MM/DD/YYYY)**
09/25/2025

You are required to serve your charge on the Charged Party in accordance with 5 C.F.R. § 2423.6(d). **The filing of a document using the FLRA's eFiling System does *not* constitute service of the document on any party. The filing party must independently accomplish service by one of the following methods.**

This charge was served on the Charged Party Representative identified above by the following method(s):

**Serving Method(s)**

- ☑ Certified mail
- ☑ Certified mail
- ☑ Certified mail
- ☑ Certified mail
- ☑ Certified mail
- ☑ Certified mail
- ☑ First-class mail
- ☑ First-class mail
- ☑ First-class mail
- ☑ First-class mail
- ☑ First-class mail
- ☑ First-class mail
- ☑ First-class mail

> **Please specify a tracking number, if available.**
> Empty